

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-14-00446-CV

John **THOMAS**,
Appellant

v.

Cynthia **THOMAS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 14-45C
Honorable Robert R. Barton, Judge Presiding

# O R D E R

Appellee's Motion to Dismiss is hereby MOOT.

It is so **ORDERED** on September 17, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

